State of Texas                    Cause 23030

Vs.

William Wallace Frey                §

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/22/2016 9:53:04 AM
DEBBIE AUTREY
Clerk

                                   §        In the
                                            District Court
                                   §        Fannin

## Notice of Appeal

comes now william wallace Frey (Defendent) files this notice of appeal..

After careful consideration of factors listed in the orignal appeal documents I am asking and trying to gather the necessary evadentary data which would enhance my request included here-in.

I have made several contacts previously that my request have not been taken seriously I am therefore requesting that the court take a careful and objective view of my cercomstance and the case itself you may consider this letter as a formal Request for Re-evaluation of all cercomstances involved which are a portion of the record entered into evidence by the DA or withheld from submission to the court Regardless of thare Validity to the case based on the judgement. improper though it may have been, and have convoluted the remaining facts of the case

½

since one cd was used as primarly evidence, even though there were 3 additional cds which the District attorney withheld please review this message and respond as quickly as possible.

Respectfuly submitted

William Wallace Frey
# 1718159
powledge unit
1400 Fm 3452
palestine tx 75803

<u>Order</u>

Denied. No Trial Court Action taken on request.

6-20-16

FILED FOR RECORD
2016 JUN 20 PM 3:53
NANCY YOUNG
DISTRICT CLERK
BY____ DEPUTY

2/2

William Wallace Frey 1718159
Pawledge Unit
1400 Fm 3452
Palestine TX 75803

To Dist. clerk
Fannin county couRthouse
101 E. SamRayBurn Suite 201
Bonham Texas 75418

Clerk of Court
Fannin County TX

Case 23030

FILED FOR RECORD
FANNIN
2016 JUN 20 PM 12:14
NANCY YOUNG
DISTRICT CLERK
By _____ DEPUTY
June 21, 2016

Clerk of said court

    I recently filed a notice of appeal In this court. This letter is to inform you I will be filing the appeal in the 6th Appellate District in Texarkana Texas. enclosed is a courtesy copy of said notice of appeal.

Sincerly

william wallace frey
# 1718159
pearledge unit
1400 Fm 3452
palestine Tx 75803

William Wallace Frey 1716159
Powledge Unit
1400 FM 3452
Palestine TX 75803

Copy

NORTH TEXAS, TX P&DC
DALLAS TX 750
17 JUN 2016 PM 11

To

DIST. Clerk
Fannin county courthouse
101 E. Sam Rayburn · Suite 201
Bonham Texas 75418
75418